IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EUGENE KELLY, :
:
      Plaintiff, :
:
v. : Case No. 4:18-cv-00237-CDL-MSH
:
MUSCOGEE COUNTY JAIL, *et al.*, :
:
      Defendants. :

# ORDER

Plaintiff Eugene Kelly filed a *pro se* civil rights complaint brought under 42 U.S.C. § 1983 while confined in the Muscogee County Jail. Compl., ECF No. 1. Plaintiff also requested to proceed without prepayment of the Court's filing fees, but he failed to support his motion for leave to proceed *in forma pauperis* with appropriate documentation as required by 28 U.S.C. § 1915(a)(2). Mot. for Leave to Proceed IFP 1-3, ECF No. 2. On December 26, 2018, Magistrate Judge M. Stephen Hyles directed Plaintiff to (1) recast his pleading on a copy of the Court's standard complaint form and (2) submit a certified copy of his inmate trust account statement in support of his motion to proceed *in forma pauperis*. Order 1-5, ECF No. 5. The Magistrate Judge afforded Plaintiff twenty-one (21) days to respond and cautioned Plaintiff that failure to fully comply with the Court's directives would result in dismissal of his complaint. *Id*. at 5.

When Plaintiff failed to respond within the twenty-one (21) day deadline, the Magistrate Judge directed Plaintiff to show cause why this action should not be dismissed due to his failure to follow the Court's directives. Order to Show Cause 1-2, ECF No. 6. Plaintiff was afforded twenty-one (21) days to respond and again cautioned that failure to

comply with the Court's directives would result in dismissal of his complaint. *Id*. at 2. The Clerk of Court mailed a copy of the order to show cause to Plaintiff's last known address; however, the United States Postal Service returned it to the Court as undeliverable. Mail Returned 1, ECF No. 7. The envelope was stamped "NOT HERE, RETURN TO SENDER." *Id*.

As of the date on this Order, the twenty-one (21) day deadline for Plaintiff to show cause has passed without response from Plaintiff. Since Plaintiff filed this action, he has repeatedly failed to fully comply with the Court's directives, and he has failed to keep the Court apprised of his current mailing address. The Court is unable to contact Plaintiff, and this case cannot proceed further at this time. For these reasons, and because it does not appear that Plaintiff will be barred by the statute-of-limitations from refiling his claims in the near future, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist*., 570 F.2d 541, 544 (5th Cir. 1978))).

    **SO ORDERED** this **4th** day of **April, 2019**.

                               s/Clay D. Land
                               CLAY D. LAND
                               CHIEF U.S. DISTRICT COURT JUDGE
                               MIDDLE DISTRICT OF GEORGIA